**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | Chapter 13 |
| JOAN A BEITLER | | |
| | Debtor | Bankruptcy No. 22-10078-AMC |

# **O R D E R**

    **AND NOW**, this \_\_\_\_28th\_\_\_\_ day of \_\_\_\_March\_\_\_\_, 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
ALEXANDER G TUTTLE, ESQ
TUTTLE LEGAL
196 W. ASHLAND STREET
DOYLESTOWN,, PA 18901-

Debtor:
JOAN  A BEITLER

2400 MILL HILL ROAD

QUAKERTOWN, PA 18951